BANCPLUS MORTGAGE CORPORATION *v.*
THILAGAWATHY THARMAPALAN ET AL.
(AC 18882)

Foti, Spear and Cretella, Js.

Argued November 2—officially released November 30, 1999

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting new law days.

IN RE DEVANICE A. ET AL.*
(AC 17911)

O'Connell, C. J., and Lavery and Mihalakos, Js.

Argued November 29—officially released December 28, 1999

Per Curiam. The judgment is affirmed.

COLLARD AND ROE, P.C. *v.* KIRK STRAIGHT ET AL.
(AC 19473)

O'Connell, C. J., and Foti and Spear, Js.

Submitted on briefs November 30—officially released December 28, 1999

Per Curiam. The judgment is affirmed.

---

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 79-3, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.